THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v STEVEN BOLD, Respondent.

Evidence of a prior photographic identification of a defendant is legally sufficient evidence to support an indictment (*People v Brewster,* 63 NY2d 419; CPL 190.65 [1]). Gibbons, J. P., Weinstein, Brown and Niehoff, JJ., concur.